

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2015

No. 04-14-00610-CR

Joe A. **GOMEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4656
Honorable Ron Rangel, Judge Presiding

# O R D E R

On February 24, 2015, after notifying appellant of a missed deadline to file his brief, this Court granted appellant's motion for a 30-day extension of time, to March 6, 2015. After appellant, again, failed to file his brief, the court inquired by telephone regarding his intention to file a brief or motion for extension of time. Appellant filed a second motion requesting another 30-day extension of time to April 6, 2015. The Court granted the second motion for extension of time and advised appellant that no further extensions would be granted. Appellant has failed to file a brief.

Pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?  If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed counsel abandoned the appeal?  Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file supplemental clerk's and reporter's records in this court, no later than 30 days from the date of this order, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court